IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

JAMES L. HAYES
    Chapter 13
        Debtor                                      CASE No 18-11514 ELF

### CERTIFICATE OF NO RESPONSE

    I, Michael A. Cohen, Esquire, counsel for the Debtors, do hereby certify that, on September 11, 20185 service was made by first class U.S. mail, postage prepaid/ or by ECF, a true and correct copy of the Notice of Fee Application and the Fee Application upon creditors, Debtors, the Standing Trustee and the U.S. Trustee, per the certificate of service. To date no objection, notice or answer or other administrative claim has been filed or served upon undersigned counsel.

Date:  October 3, 2018                By:    /s/ Michael A. Cohen
                                                      Michael A. Cohen, Esquire
                                                      2113 Snyder Ave
                                                      Philadelphia, PA 19145
                                                      215-873-1159
                                                      fax 267-519-3506
                                                      PA Bar #93044