IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

JAMES L. HAYES
    Chapter 13
        Debtor                              CASE No 18-11514 ELF

### ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Michael A. Cohen Esquire, Counsel for Debtor (the Application) and after Notice and an opportunity to be heard having been given to the United States Trustee the Standing Trustee, secured creditors in plan, and debtor, and a Certificate of No Response having been filed, and good cause having been shown,

IT IS ORDERED THAT:

1. The Fee Application is APPROVED; and

2. Compensation for professional service rendered in the amount of **$3,000.00** and reimbursement of expenses, in the amount of $0, are **ALLOWED**, and the standing Trustee shall disburse from the funds being held the amount of **$1,900.00** directly to Michael A. Cohen, Esq., Counsel for Debtor to the extent provided for in the confirmed plan.

Date:  10/5/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**