United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 18-11514-elf
James L Hayes                                                               Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW           Page 1 of 1            Date Rcvd: Oct 05, 2018
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2018.
db              +James L Hayes,    7662 Brentwood Road,    Philadelphia, PA 19151-2021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2018 at the address(es) listed below:
          LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          MICHAEL ADAM COHEN    on behalf of Debtor James L Hayes mcohen1@temple.edu
          REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank National Association as Trustee for
           Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                        TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

JAMES L. HAYES
    Chapter 13
        Debtor                CASE No 18-11514 ELF

### <u>ORDER</u>

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Michael A. Cohen Esquire, Counsel for Debtor (the Application) and after Notice and an opportunity to be heard having been given to the United States Trustee the Standing Trustee, secured creditors in plan, and debtor, and a Certificate of No Response having been filed, and good cause having been shown,

IT IS ORDERED THAT:

1.    The Fee Application is APPROVED; and

2.    Compensation for professional service rendered in the amount of <u>**$3,000.00**</u> and reimbursement of expenses, in the amount of $0, are **ALLOWED**, and the standing Trustee shall disburse from the funds being held the amount of <u>**$1,900.00**</u> directly to Michael A. Cohen, Esq., Counsel for Debtor to the extent provided for in the confirmed plan.

Date:  10/5/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**