United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-11514-elf
James L Hayes                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 2              Date Rcvd: May 07, 2019
                              Form ID: pdf900             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2019.
db          +James L Hayes,   7662 Brentwood Road,   Philadelphia, PA 19151-2021
14068727    +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
14068726    +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
14068728    +KLM Law Group P.C.,   Suite 5000, BNY Independence Center,   701 Market St.,
              Philadelphia, PA 19106-1538
14068729    +PA HOUSING FINANCE CO.,   211 N. Front St..,   Harrisburg, PA 17101-1406
14068731    +Pennsylvania Dept Revenue,   PO Box 280432,   Harrisburg, PA 17128-0432
14068724    +U..S. BANK NAT'L ASSOC,   211 NORTH FRONT ST,   P.O. BOX 15057,   Harrisburg, PA 17105-5057
14074939    +U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENN,   211 North Front Street,
              Harrisburg, PA 17101-1406
14075918    +U.S. Bank National Association as Trustee for Penn,   c/o REBECCA ANN SOLARZ,
              KML Law Group, P.C.,   710 Market Street,   Suite 5000,   Philadelphia, PA 19106-2312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov May 08 2019 02:43:34     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 08 2019 02:43:26     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/Text: blegal@phfa.org May 08 2019 02:43:20     Pennsylvania Housing Finance Agency,
              211 North Front Street,   Harrisburg, PA 17101-1406
14189399     E-mail/Text: megan.harper@phila.gov May 08 2019 02:43:34     City of Philadelphia,
              Law Department  Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA 19102-1595
14068725     E-mail/Text: megan.harper@phila.gov May 08 2019 02:43:34     City of Philadelphia,
              Law Department - Tax Unit,   One parkway Bldg,   1515 Arach St., 15th Fl,
              Philadelphia, PA 19102-1595
14080500     E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 08 2019 02:43:11
              Pennsylvania Department of Revenue,   Bankruptcy Division P O Box 280946,
              Harrisburg PA  17128-0946
14068732     E-mail/Text: blegal@phfa.org May 08 2019 02:43:20     Pennsylvnaia Housing Finance Agency,
              US BANK NATIONAL ASSOCIATION),   P.O. BOX 15057,   Harrisburg, PA 17105-5057
14068735    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 08 2019 02:42:53
              Verizon Pen,   500 Technology Dr,   Weldon Spring, MO 63304-2225
14068734    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 08 2019 02:42:53
              Verizon Pen,   Verizon Wireless Department/Attn: Bankru,   Po Box 3397,
              Bloomington, IL 61702-3397
                                                                                             TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14068730      PECO
14068733      PHILA GAS WORKS
smg*          Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
                                                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2019 at the address(es) listed below:
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MICHAEL ADAM COHEN    on behalf of Debtor James L Hayes mcohen1@temple.edu

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2              Date Rcvd: May 07, 2019
                              Form ID: pdf900             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association as Trustee for Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                  TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JAMES L HAYES    Chapter 13

Debtor    Bankruptcy No. 18-11514-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: May 7, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL A COHEN
2113 SNYDER AVE

PHILADELPHIA, PA 19145


Debtor:
JAMES L HAYES

7662 BRENTWOOD ROAD

PHILADELPHIA, PA 19151